MEMO ENODRSED

# PECHMAN LAW GROUP PLLC
## ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

October 5, 2021

**VIA ECF**

Honorable Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

>Re:  *Juan Santiago Sierra v. Passon & Passon, Corp.*
>      No. 20 Civ. 01074 (LDH) (LB)

Dear Judge Wang:

We are the attorneys for Defendants.  We submit this letter together with counsel for Plaintiff to request that the Initial Pre-Trial conference currently scheduled for October 12, 2021, at 10:30 a.m. and its related deadlines (ECF No. 37), be adjourned pending resolution of Defendants' motion to compel arbitration to be filed by October 18, 2021 (ECF No. 42).

This is the first request by either party to adjourn the Initial Pre-Trial conference. We thank the Court for its attention to this request.

Respectfully submitted,

*s/Vivianna Morales*

Vivianna Morales

cc:  Counsel for Plaintiff (via ECF)

SO ORDERED:

Application Granted.

_____
**Ona T. Wang**          10/6/21
United States Magistrate Judge