UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN SANTIAGO SIERRA<br>*on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>                                   Plaintiff,<br><br>                                 -v-<br><br>PASSON & PASSON CORP., *et al.*<br><br>                                 Defendants. | **Case No.**: 20-cv-01074<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff Juan Santiago Sierra to take a judgment against them, in the sum of Sixty Thousand Dollars and No Cents ($60,000.00), inclusive of all of Plaintiff's claims for relief, all attorney's fees, costs and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated March 22, 2022 and filed as **Exhibit A** to Docket Number 50;

**WHEREAS**, on March 22, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 50);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Juan Santiago Sierra, in the sum of Sixty Thousand Dollars and No Cents ($60,000.00), in accordance with the terms and conditions of Defendants Rule 68 Offer dated March 22, 2022 and filed as **Exhibit A** to Docket Number 50.

**SO ORDERED:**

Dated: _____, 2022        _____
     New York, New York                            Hon. Analisa Torres U.S.D.J.