USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN SANTIAGO SIERRA,

                    Plaintiff,

-v-

PASSON & PASSON CORP., *et al.*

                    Defendants.

Case No.: 20-cv-01074

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff Juan Santiago Sierra to take a judgment against them, in the sum of Sixty Thousand Dollars and No Cents ($60,000.00), inclusive of all of Plaintiff's claims for relief, all attorney's fees, costs and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated March 22, 2022 and filed as **Exhibit A** to ECF No. 50;

**WHEREAS**, on March 22, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment, ECF No. 50;

**ACCORDINLY**, the Clerk of Court is directed to enter judgment in favor of Plaintiff, Juan Santiago Sierra, in the sum of sixty thousand dollars and no cents ($60,000.00), in accordance with Defendants' Rule 68 Offer dated March 22, 2022 and filed as Exhibit A to ECF No. 50, terminate all pending hearings and motions, and close the case.

**SO ORDERED.**

Dated: March 23, 2022
      New York, New York

                                                  _____
                                                  ANALISA TORRES
                                             United States District Judge